

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 1 2 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ESAU LAMPKIN | § |
| | § |
| | § |
| *Petitioner*, | § |
| v. | § |
| | § |
| DOUGLAS DRETKE, Director | § |
| Texas Department of Criminal Justice | § |
| Correctional Institutions Division. | § |
| | § |
| *Respondent.* | § |

Civil Action No. 3:05-cv-1629-R

## ORDER

On August 25, 2005, United States Magistrate Judge Irma Carrillo Ramirez, filed Findings,

Conclusions and a Recommendation in this case dismissing Petitioner's claims for relief under 28

U.S.C. §2254 as moot since he is no longer in custody. Petitioner filed Objections to the Magistrate

Judge's Findings, Conclusions and Recommendation on September 6, 2005. After reviewing Judge

Ramirez's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) in light of

Petitioner's Objections, the Court concludes that Judge Ramirez's decision with respect to his claim

for relief under 28 U.S.C. §2254 are correct and are hereby **ADOPTED** as the findings of this Court.

The Court notes that Petitioner may have attempted to raise civil rights claims under 42

U.S.C. §1983 for wrongful confinement and denial of procedural due process in his petition for a

writ of habeas corpus. *See* Petition, at 7; Memorandum of Law in Support of Petition, at 1-5;

Document entitled "Motion" (filed with Petition), at 1. Those claims were not addressed in the

Magistrate Judge's Findings, Conclusions and a Recommendation. To the extent Petitioner has

raised those civil rights claims in his petition, those claims are improperly filed in a petition for relief

1

under 28 U.S.C. §2254 and will be dismissed without prejudice in a separate order of this Court.

It is so **ORDERED.**

**SIGNED: October 12, 2005.**

**JUDGE JERRY BUCHMEYER**
**SENIOR U.S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**

2